<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

October 19, 2024

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Steven A Martin, Case Number 24-20264, MEH

**FILED**
JEANNE A. NAUGHTON, CLERK
NOV - 4 2024
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**402 East State Street**
**Trenton, NJ 08608**

---

Undeliverable Address:
Unlock Partnership Solutions A01 Inc.
270 Madison Avenue, Ste.
New York, NY 10016

Role type/cr id: 520425959
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 1065 AVENUE OF THE AMERICAS FL 23, NEW YORK NY 10018-0976 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

Unlock Partnership Solutions A01 Inc.
1065 Avenue of the Americas, Fl 23
New York, NY 10018-0976

_____    10/30/2024
Signature of Debtor or Debtor's Attorney    Date

SADEK LAW OFFICES
701 EAST GATE DRIVE #129
MOUNT LAUREL, NJ 08054



SOUTH JERSEY NJ 080
31 OCT 2024 PM 4 L

US BANKRUPTCY COURT
402 EAST STATE STREET
TRENTON, NJ 08608

08608-150705