| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 24-20264 / MEH

Steven A Martin
Angelika M Martin

Petition Filed Date: 10/16/2024
341 Hearing Date: 11/14/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/03/2024 | $1,730.00 | | 12/31/2024 | $1,730.00 | | | | |

**Total Receipts for the Period: $3,460.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,460.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Steven A Martin | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq. | Attorney Fees | $2,790.00 | $0.00 | $2,790.00 |
| | | Hold Funds: Reserve | | | |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,962.64 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $8,709.17 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Priority Creditors | $3,887.22 | $0.00 | $0.00 |
| | »»  2023 | | | | |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $300.69 | $0.00 | $0.00 |
| 5 | AFFIRM | Unsecured Creditors | $1,797.49 | $0.00 | $0.00 |
| 6 | MERRICK BANK | Unsecured Creditors | $1,312.15 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $1,537.59 | $0.00 | $0.00 |
| | »»  THE BANK OF MISSOURI | | | | |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $3,833.43 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK, NA | Unsecured Creditors | $7,809.98 | $0.00 | $0.00 |
| 10 | ALLY CAPITAL | Debt Secured by Vehicle | $22,475.00 | $0.00 | $0.00 |
| | »»  2018 RAM 1500 | Hold Funds: Pending Resolution | | | |
| 11 | ALLY CAPITAL | Unsecured Creditors | $4,797.04 | $0.00 | $0.00 |
| | »»  2018 RAM 1500 | Hold Funds: Pending Resolution | | | |
| 12 | ALLY CAPITAL | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | »»  2017 CHEVROLET CITY EXPRESS CARGO | | | | |
| 13 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $1,071.63 | $0.00 | $0.00 |
| | »»  CREDIT ASSET SALES LLC | | | | |
| 14 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $2,508.65 | $0.00 | $0.00 |
| | »»  OLD NAVY | | | | |
| 15 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $6,401.61 | $0.00 | $0.00 |
| | »»  GAP | | | | |
| 16 | TD BANK USA, NA | Unsecured Creditors | $731.63 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-20264 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  MC WORLD STANDARD | Unsecured Creditors | $5,498.99 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SPRINT | Unsecured Creditors | $1,502.12 | $0.00 | $0.00 |
| 19 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  MASTERCARD PLATINUM | Unsecured Creditors | $4,606.27 | $0.00 | $0.00 |
| 20 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  AMAZON STORE CARD | Unsecured Creditors | $716.68 | $0.00 | $0.00 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  AMAZON STORE CARD | Unsecured Creditors | $1,129.39 | $0.00 | $0.00 |
| 22 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  TJX REWARDS CREDIT CARD | Unsecured Creditors | $519.48 | $0.00 | $0.00 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SAM'S CLUBPERSONAL CREDIT | Unsecured Creditors | $2,971.23 | $0.00 | $0.00 |
| 24 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  PAYPAL SMART CONNECT | Unsecured Creditors | $5,479.33 | $0.00 | $0.00 |
| 25 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  JCPENNEY MC | Unsecured Creditors | $2,766.01 | $0.00 | $0.00 |
| 26 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,008.81 | $0.00 | $0.00 |
| 27 | LAKEVIEW LOAN SERVICING LLC<br>»»  P/1107 BRIDGEBORO RD/1ST MTG | Mortgage Arrears | $62.82 | $0.00 | $0.00 |
| 28 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  MASTERCARD PLATINUM | Unsecured Creditors | $2,514.07 | $0.00 | $0.00 |
| 29 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  MASTERCARD PLATINUM | Unsecured Creditors | $2,729.33 | $0.00 | $0.00 |
| 30 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $563.69 | $0.00 | $0.00 |
| 31 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISTIONS LLC | Unsecured Creditors | $2,128.63 | $0.00 | $0.00 |
| 32 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,783.36 | $0.00 | $0.00 |
| 33 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $678.93 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,460.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,730.00 |
| Paid to Trustee: | $294.10 | Arrearages: | $0.00 |
| Funds on Hand: | $3,165.90 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

