Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−20264−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven A Martin | Angelika M Martin |
| 1107 Bridgeboro Road | 1107 Bridgeboro Road |
| Beverly, NJ 08010 | Beverly, NJ 08010 |

Social Security No.:
    xxx−xx−0252                         xxx−xx−2381

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 14, 2025.

Dated: February 14, 2025
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20264-MEH |
| Steven A Martin | Chapter 13 |
| Angelika M Martin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 14, 2025 | Form ID: plncf13 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven A Martin, Angelika M Martin, 1107 Bridgeboro Road, Beverly, NJ 08010-1649 |
| 520425935 | + | CHKG/HULU, Telecom Selfreported PO Box 4500, Allen, TX 75013-1311 |
| 520425936 | | CHKG/TMOBILE, Telecom Selfreported PO Box 4500, Broken Arrow, OK |
| 520425959 | | Unlock Partnership Solutions A01 Inc., 1065 Avenue of the Americas, Fl 23, New York, NY 10018-0976 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520425927 | | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 14 2025 21:52:21 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520447562 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 21:16:50 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520429777 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2025 20:56:40 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520461576 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2025 21:17:54 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520425928 | | Email/Text: ally@ebn.phinsolutions.com | Feb 14 2025 21:11:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 520425929 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 14 2025 21:12:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520425930 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 21:16:51 | Brand Source/Citi Bank, Attn: Citcorp Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520425931 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2025 21:13:00 | Bread Financial, Attn: Bankruptcy, PO Box 182084, Columbus, OH 43218-2084 |
| 520425940 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 14 2025 21:11:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 520425943 | | Email/Text: cfcbackoffice@contfinco.com | Feb 14 2025 21:12:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808-2930 |
| 520425932 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 20:56:23 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

| | | | | |
|---|---|---|---|---|
| 520425933 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 14 2025 21:17:36 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520425934 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 14 2025 21:16:50 | Cbusasears, Attn: Bnakruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520425937 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 14 2025 21:17:36 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520425938 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 14 2025 21:28:17 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520425939 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 14 2025 21:29:13 | Citicorp/Trac, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520425941 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Feb 14 2025 21:13:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520425942 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Feb 14 2025 21:13:00 | Comenity Bank/Wayfair, PO Box 182125, Columbus, OH 43218-2125 |
| 520431517 | | Email/Text: mrdiscen@discover.com | | |
| | | | Feb 14 2025 21:11:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520425944 | | Email/Text: mrdiscen@discover.com | | |
| | | | Feb 14 2025 21:11:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520425945 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Feb 14 2025 21:29:22 | First Premier Bank, 3820 N Louise Av, Sioux Falls, SD 57107-0145 |
| 520425946 | | Email/Text: servicingmailhub@flagstar.com | | |
| | | | Feb 14 2025 21:14:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 520490636 | + | Email/Text: servicingmailhub@flagstar.com | | |
| | | | Feb 14 2025 21:14:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520425947 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Feb 14 2025 21:14:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520425948 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Feb 14 2025 21:12:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520425949 | | Email/Text: bankruptcy@huntington.com | | |
| | | | Feb 14 2025 21:13:00 | Huntington National Bank, Attn: Bankruptcy, PO Box 340996, Columbus, OH 43234-0996 |
| 520425950 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Feb 14 2025 21:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520484757 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Feb 14 2025 21:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520425951 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 14 2025 20:56:50 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520458935 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Feb 14 2025 21:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520425952 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Feb 14 2025 21:11:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520452784 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 14 2025 20:56:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520425953 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 14 2025 21:16:56 | Merrick Bank/Card Works, Attn: Bankruptcy, PO Box 5000, Draper, UT 84020-5000 |
| 520425954 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 14 2025 21:13:00 | Midland Credit Management, 1 Riverfront Plaza, Suite 310, Newark, NJ 07102-5412 |
| 520425955 | | Email/Text: netcreditbnc@enova.com | | |
| | | | Feb 14 2025 21:14:00 | Netcredit, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |

District/off: 0312-3                               User: admin                               Page 3 of 4
Date Rcvd: Feb 14, 2025                          Form ID: plncf13                          Total Noticed: 58

| 520481796 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2025 20:56:52 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520476753 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2025 21:17:57 | Portfolio Recovery Associates, LLC, c/o CREDIT ASSET SALES LLC, POB 41067, Norfolk, VA 23541 |
| 520513648 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2025 21:16:50 | Portfolio Recovery Associates, LLC, c/o GAP, POB 41067, Norfolk, VA 23541 |
| 520513665 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2025 20:56:52 | Portfolio Recovery Associates, LLC, c/o OLD NAVY, POB 41067, Norfolk, VA 23541 |
| 520425956 | Email/Text: ProsperBK@prosper.com | Feb 14 2025 21:13:00 | Prosper Funding LLC, 221 Main St, Ste 300, San Francisco, CA 94105-1909 |
| 520456124 | Email/Text: bnc-quantum@quantum3group.com | Feb 14 2025 21:13:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520490633 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 21:16:48 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520425957 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2025 21:16:51 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520483180 | Email/Text: bncmail@w-legal.com | Feb 14 2025 21:13:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520425958 | Email/Text: bncmail@w-legal.com | Feb 14 2025 21:12:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520425960 | Email/Text: bknotice@upgrade.com | Feb 14 2025 21:11:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 520425961 | Email/Text: bkelectronicnotices@usaa.com | Feb 14 2025 21:11:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 520425962 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 20:56:37 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520425963 | Email/Text: bnc-bluestem@quantum3group.com | Feb 14 2025 21:14:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 520425964 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2025 20:56:39 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 520459396 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2025 21:17:36 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520425965 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2025 21:17:06 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Dr, Raleigh, NC 27607-5066 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520429778 | \*+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2025                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeanie D. Wiesner | on behalf of Debtor Steven A Martin jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Jeanie D. Wiesner | on behalf of Joint Debtor Angelika M Martin jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5