ZBS Law, LLP
Kristin A. Zilberstein, Esq. CASBN 200041
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:        714-848-7920
Facsimile:    714-908-7807
Email:        bankruptcy@zbslaw.com

Counsel for Secured Creditor, Unlock Partnership Solutions Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

## TRENTON DIVISION

| | |
|---|---|
| In re:<br><br>Steven A Martin and Angelika M Martin<br><br>Debtors. | Case No.: 24-20264-MEH<br><br>Chapter: 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTORS AND THE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that ZBS Law, LLP attorneys for Unlock Partnership Solutions Inc. hereby requests special notice of all events relevant to the above referenced bankruptcy copies of all pleadings or documents filed in relation to the above referenced

1

bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ZBS Law, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> **Kristin A. Zilberstein**
> **ZBS Law, LLP**
> **30 Corporate Park, Suite 450**
> **Irvine, CA 92606**
> **Email: bankruptcy@zbslaw.com**
> **Telephone: 714-848-7920**
> **Fax Number: 714-908-7807**

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's rights.  All of the rights of this party are reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: August 25, 2025                    ZBS Law, LLP

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein
Authorized Agent for Secured Creditor,
Unlock Partnership Solutions Inc.

## <u>CERTIFICATE OF SERVICE</u>

I, Katherine Kellams, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On **August 25, 2025**, I served the within **Request for Special Notice** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Irvine, California, addressed as follows:

Steven A Martin
Angelika M Martin
1107 Bridgeboro Road
Beverly, NJ 08010
*Debtors*

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

| | |
|---|---|
| Jeanie D. Wiesner, Debtor's Counsel | jeanie@sadeklaw.com |
| Albert Russo, Trustee | docs@russotrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

I certify under penalty of perjury the foregoing is true and correct.

Executed on **August 25, 2025**, at Irvine, California.

*/s/ Katherine Kellams*
**Katherine Kellams**

3